724 A.2d 796

IN THE MATTER OF HUBERT JOHNSON,
AN ATTORNEY AT LAW.

March 12, 1999.

**ORDER**

The Disciplinary Review Board having filed a report with the Court recommending that **HUBERT JOHNSON** of **KNOXVILLE, TENNESSEE,** who was admitted to the bar of this State in 1973, and who was temporarily suspended from practice by Order of the Court dated November 15, 1994, and who remains suspended at this time, be disbarred for his conviction of first-degree murder and attempted first-degree murder, conduct in violation of *RPC* 8.4(b) (committing a criminal act that reflects adversely on his honesty, trustworthiness, or fitness as a lawyer);

And **HUBERT JOHNSON** having been ordered to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **HUBERT JOHNSON** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **HUBERT JOHNSON** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.